DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Massey<br><br>Case Below:<br>174 N.C. App. 216 | No. 637A05 | AG's Motion for Temporary Stay | Allowed<br>11/18/05 |
| State v. McBride<br><br>Case Below:<br>173 N.C. App. 101 | No. 564P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-740) | Denied<br>12/01/05 |
| State v. McCoy<br><br>Case Below:<br>173 N.C. App. 105 | No. 620P05 | AG's Motion for Temporary Stay<br>(COA04-1336) | Allowed<br>11/07/05 |
| State v. McHone<br><br>Case Below:<br>174 N.C. App. 289 | No. 639P05 | AG's Motion for Temporary Stay<br>(COA04-1605) | Allowed<br>Pending deter-<br>mination of the<br>State's PDR<br>11/23/05 |
| State v. McKinney<br><br>Case Below:<br>173 N.C. App. 138 | No. 622P05 | AG's Motion for Temporary Stay<br>(COA04-1653) | Allowed<br>11/07/05 |
| State v. McMahan<br><br>Case Below:<br>174 N.C. App. 586 | No. 657P05 | AG's Motion for Temporary Stay<br>(COA05-211) | Allowed<br>11/29/05 |
| State v. McNeil<br><br>Case Below:<br>Wake County<br>Superior Court | No. 037A87-6 | Def's PWC to Review the Order of Wake<br>County Superior Court | Denied<br>12/01/05 |
| State v. Morton<br><br>Case Below:<br>173 N.C. App. 448<br><br>360 N.C. 74 | No. 536PA05 | AG's PDR Under N.C.G.S. § 7A-31 | This Court *ex mero motu* vacates its prior decision to allow the State's PDR of the decision of the COA pursuant to N.C.G.S. § 7A-31 and now denies the petition.<br>12/01/05 |